Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17−29157−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ettore Abbate
   aka Ed
   9 Treptow St
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−9006

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO MAKE INSTALLMENT
## PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 10/21/2017 in the amount of $ 77.50 has not been received by the Clerk,

☐     The debtor filed a on on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 11/9/17 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 11/9/17.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Vincent F. Papalia on

Date: November 21/2017
Time: 10:00 am
Location: Courtroom 3B
Address:   Martin Luther King, Jr . Federal Building
               50 Walnut Street
               3rd Floor
               Newark, NJ 07102

Dated: October 26, 2017
JAN: pam

Vincent F. Papalia  
United States Bankruptcy Judge